

April 6, 2017

**<u>Via E-Filing and Hand Delivery</u>**
John A. Cerino
Clerk of Court
United States District Court
for the District of Delaware
844 N. King Street, Unit 18
Wilmington, Delaware 19801-3570

   RE: *Intellectual Ventures II LLC v. Aisin Seiki Co., Ltd.,*
      <u>Civil Action No. 17-295-LPS-CJB</u>

Dear Mr. Cerino:

  We represent Plaintiff in the above case and respectfully request your assistance with serving a foreign defendant, Aisin Seiki Co., Ltd., with process in accordance with Federal Rule of Civil Procedure 4(f)(2)(C)(ii), which applies to foreign corporations pursuant to Rule 4(h)(2).

  We respectfully request that you serve Aisin Seiki Co., Ltd. with a copy of the enclosed Complaint and Summons by mail in a manner that requires a signed receipt. The mailing should be addressed as follows:

     Chairman, President, Officer, Managing Agent, and/or General Agent
             Aisin Seiki Co., Ltd.
              2-1, Asahimachi,
             Kariya, Aichi 448-8650
                Japan

  We appreciate your assistance and are available at your convenience should you have any questions.

                    Respectfully,

                    *Rosemary J. Piergiovanni*

                    Rosemary J. Piergiovanni