IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 17-295-LPS-CJB |
| AISIN SEIKI CO., LTD., et al., | : | Jury Trial Demanded |
| Defendants. | : | |

**AFFIDAVIT OF ROSEMARY J. PIERGIOVANNI IN SUPPORT OF REQUEST
FOR CLERK TO SERVE AISIN SEIKI CO., LTD.**

Rosemary J. Piergiovanni, being duly sworn according to law, deposes and says as follows:

1. Farnan LLP and Mintz Levin Cohn Ferris Glovsky And Popeo, P.C. represent Plaintiff, Intellectual Ventures II LLC, in the above case and have requested that the Clerk of Court serve Defendant, Aisin Seiki Co., Ltd., with process pursuant to Federal Rules of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2).

2. After a review of the relevant case law and the Department of State's website, www.travel.state.gov under the heading "Legal Considerations," I have concluded that a Japanese entity may be served with process by mail.

3. The forgoing statements are true to the best of my knowledge, information, and belief and are made subject to the penalty of perjury.

Dated: April 6, 2017

_____
Rosemary J. Piergiovanni

County of New Castle:
State of Delaware:

SWORN AND SUBSCRIBED before me this ___6th___ day of ___April___, 2017.

_____
Notary Public

MICHAEL J. FARNAN
Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del.C. § 4323(a)(3)
My Commission Has No Expiration Date