# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Intellectual Ventures II LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA: 17-295-LPS-CJB |
| ) | |
| Aisin Seiki Co., Ltd. et al, ) | |
| ) | |
| Defendants, ) | |

## AFFIDAVIT

I, Nicole Gland, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on April 7, 2017, by Registered Mail, the Summons, Complaint with Exhibits, Plaintiff's Report to the Commissioner of Patents and Trademarks, and Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above referenced case to the following addresses:

Aisin Seiki Co., Ltd.
Chairman, President, Officer, Managing Agent, and/or General Agent
2-1, Asahimachi,
Kariya, Aichi 448-8650
Japan

_____
Nicole Gland
Deputy Clerk

Sworn to and subscribed before me
this 7th day of April, 2017

_____
Cailah Garfinkel
Deputy Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

April 7, 2017

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Chairman, President, Officer, Managing Agent, and/or General Agent
Aisin Seiki Co., Ltd.
2-1, Asahimachi,
Kariya, Aichi 448-8650
Japan

     RE:   *Intellectual Ventures II LLC* v. *Aisin Seiki Co., Ltd. et al*
             Civil Action No. 17-295-LPS-CJB

Dear Sir or Madam:

    Enclosed please find the Summons, Complaint with Exhibits, and Plaintiff's Report to the Commissioner of Patents and Trademarks in the above noted case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii).

    Also enclosed are Notice/Consent of Availability forms for Exercise of Jurisdiction by a United States Magistrate Judge.

                                   Sincerely,

                                   JOHN A. CERINO
                                   Clerk

                                   *Nicole Gland* (signature)
                                   By: Nicole Gland
                                   Deputy Clerk

Enclosures (as stated)

Clerk's Office
United States District Court, District of Delaware
844 N. King St., Unit 18
Wilmington, DE 19801-3570

Aisin Seiki Co., Ltd.
c/o President, Officer, Managing Agent,
and/or General Agent
2-1, Asahimachi,
Kariya, Aichi, 448-8650 Japan

REGISTERED MAIL
RE 644 171 265 US