**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AISIN SEIKI CO., LTD.,<br>AISIN HOLDING OF AMERICA, INC.,<br>AISIN TECHNICAL CENTER OF<br>　AMERICA, INC., AND<br>AISIN WORLD CORPORATION OF<br>　AMERICA,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00295-LPS-CJB |

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
**BY NOT MORE THAN 90 DAYS**

　　WHEREAS the parties to this proceeding are named as proposed parties to related International Trade Commission ("ITC") investigation;

　　WHEREAS the ITC is expected to make a decision whether to institute that investigation shortly;

　　WHEREAS if the investigation is instituted, Defendants intend to invoke the automatic stay of this proceeding under 28 U.S.C. § 1659;

　　WHEREAS Defendants have requested a ninety (90) day extension of time to answer or respond to the Complaint, which answer is currently due on April 13, 2017, to allow the ITC time to determine whether to institute the related investigation; and

1

WHEREAS Plaintiff has agreed to a ninety (90) day extension of time for the Defendants to answer the Complaint in exchange for Defendant Aisin Seiki Co., Ltd. agreeing to waive service of the Complaint,

IT IS THEREFORE HEREBY STIPULATED by and between Plaintiff, Intellectual Ventures II LLC and Defendants, Aisin Seiki Co., Ltd., Aisin Holding of America, Inc., Aisin Technical Center of America, Inc., and Aisin World Corporation of America (collectively "Defendants") (collectively, the "Parties"), subject to the approval of the Court, that the deadline for Defendants to answer, move against, or otherwise respond to the Complaint shall be extended by ninety (90) days, to and including July 12, 2017.

| RATNERPRESTIA | FARNAN LLP |
|---|---|
| /s/ Jeffrey B. Bove | /s/ Michael J. Farnan |
| Jeffrey B. Bove (No. 998) | Brain Farnan (No. 4089) |
| Rex A. Donnelly (No. 3492) | Michael J. Farnan (No. 5165) |
| Christopher H. Blaszkowski (No. 5673) | 919 North Market Street, 12th Floor |
| Nemours Building | Wilmington, DE 19801 |
| 1007 Orange Street | Telephone: (302) 777-0300 |
| Suite 205 | Facsimile: (302) 777-0301 |
| Wilmington, DE 19899 | bfarnan@farnanlaw.com |
| Telephone: (302) 778-2500 | mfarnan@farnanlaw.com |
| Facsimile: (302) 778-2600 | |
| jbove@ratnerprestia.com | *Of Counsel:* |
| radonnelly@ratnerprestia.com | James M. Wodarski |
| cblaszkowski@ratnerprestia.com | Michael T. Renaud |
| | Andrew H. DeVoogd |
| *Of Counsel:* | Nicholas W. Armington |
| Eric W. Schweibenz | Serge Subach |
| Robert C. Mattson | MINTZ LEVIN COHN FERRIS |
| John S. Kern | GLOVSKY AND POPEO PC |
| John F. Presper | One Financial Center |
| Alexander B. Englehart | Boston, MA 02111 |
| OBLON, McCLELLAND, MAIER & | Telephone: (617) 542-6000 |
| NEUSTADT, L.L.P. | Facsimile: (617) 542-2241 |
| 1940 Duke Street | JWodarski@mintz.com |
| Alexandria, VA 22314 | MTRenaud@mintz.com |
| Telephone: (703) 413-3000 | AHDeVoogd@mintz.com |
| Facsimile: (703) 413-2220 | NWArmington@mintz.com |
| ewschweibenz@oblon.com | SSubach@mintz.com |
| rmattson@oblon.com | |
| jkern@oblon.com | Brad M. Scheller |
| jpresper@oblon.com | MINTZ LEVIN COHN FERRIS |
| aenglehart@oblon.com | GLOVSKY AND POPEO PC |
| | Chrysler Center |
| *Attorneys for Defendants Aisin Seiki Co., Ltd., Aisin Holdings of America, Inc., Aisin Technical Center of America, Inc., and Aisin World Corporation of America* | 666 Third Avenue |
| | New York, NY 10017 |
| | Telephone: (212) 935-3000 |
| | Facsimile: (212) 983-3115 |
| | BMScheller@mintz.com |
| | |
| | *Attorneys for Plaintiff Intellectual Ventures II LLC* |
| DATED: April 13, 2017 | |

IT IS SO ORDERED this _____ day of _____, 2017

_____
J.