FYIIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>      Plaintiff,<br><br>v.<br><br>AISIN SEIKI CO., LTD.,<br>AISIN HOLDING OF AMERICA, INC.,<br>AISIN TECHNICAL CENTER OF<br>  AMERICA, INC., AND<br>AISIN WORLD CORPORATION OF<br>  AMERICA,<br><br>      Defendants. | Case No. 1:17-cv-00295-LPS-CJB |

## NOTICE OF APPEARANCE

Please enter the appearance of Rex A. Donnelly of the firm RATNERPRESTIA, 1007 Orange Street, Suite 205, Wilmington, DE 19801, on behalf of Defendants Aisin Seiki Co., Ltd., Aisin Holdings of America, Inc., Aisin Technical Center of America, Inc., and Aisin World Corporation of America in the above-captioned action.

Dated: April 19, 2017

RATNERPRESTIA

/s/ Rex A. Donnelly

Jeffrey B. Bove (No. 998)
Rex A. Donnelly (No. 3492)
Christopher H. Blaszkowski (No. 5673)
1007 Orange Street, Suite 205
Wilmington, Delaware 19801
Tel: (302) 778-2500
Fax: (302) 778-2600
jbove@ratnerprestia.com
radonnelly@ratnerprestia.com
cblaszkowski@ratnerprestia.com

1

*Attorneys for Defendants Aisin Seiki Co., Ltd., Aisin Holdings of America, Inc., Aisin Technical Center of America, Inc., and Aisin World Corporation of America*