## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2017, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the ECF system, which will send notification of such filing to all registered participants, and have served the following counsel of record via electronic mail:

| | |
|---|---|
| Brain Farnan<br>Michael J. Farnan<br>Rosemary Jean Piergiovanni<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>rpiergiovanni@farnanlaw.com<br><br>*Attorneys for Plaintiff Intellectual Ventures II LLC* | James M. Wodarski<br>Michael T. Renaud<br>Brad M. Scheller<br>Andrew H. DeVoogd<br>Nicholas W. Armington<br>Serge Subach<br>MINTZ LEVIN COHN FERRIS<br> GLOVSKY AND POPEO PC<br>One Financial Center<br>Boston, MA 02111<br>JWodarski@mintz.com<br>MTRenaud@mintz.com<br>BMScheller@mintz.com<br>AHDeVoogd@mintz.com<br>NWArmington@mintz.com<br>SSubach@mintz.com<br><br>Aarti Shah<br>MINTZ LEVIN COHN FERRIS<br> GLOVSKY AND POPEO, P.C.<br>701 Pennsylvania Avenue NW<br>Suite 900<br>Washington, DC 20004<br>AShah@mintz.com<br><br>*Attorneys for Plaintiff Intellectual Ventures II LLC* |

      /s/ Rex A. Donnelly
      Rex A. Donnelly

3567328_1