## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017, I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of the Court using the ECF system, which will send notification of such filing to all registered participants, and have served the following counsel of record via electronic mail:

Brain Farnan
Michael J. Farnan
Rosemary Jean Piergiovanni
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

*Attorneys for Plaintiff Intellectual Ventures II LLC*

James M. Wodarski
Michael T. Renaud
Andrew H. DeVoogd
Nicholas W. Armington
Serge Subach
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO PC
One Financial Center
Boston, MA  02111
JWodarski@mintz.com
MTRenaud@mintz.com
AHDeVoogd@mintz.com
NWArmington@mintz.com
SSubach@mintz.com

Brad M. Scheller
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO PC
Chrysler Center
666 Third Avenue
New York, NY  10017
BMScheller@mintz.com

Aarti Shah
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
701 Pennsylvania Avenue NW
Suite 900
Washington, DC  20004

*Attorneys for Plaintiff Intellectual Ventures II LLC*

　　　　　　　　　　　　　　　　　　  /s/ Jeffrey B. Bove
　　　　　　　　　　　　　　　　　　Jeffrey B. Bove