**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AISIN SEIKI CO., LTD.,<br>AISIN HOLDINGS OF AMERICA, INC.,<br>AISIN TECHNICAL CENTER OF AMERICA, INC., AND<br>AISIN WORLD CORPORATION OF AMERICA,<br><br>    Defendants. | Case No. 1:17-cv-00295-LPS-CJB |

**DEFENDANT AISIN SEIKI CO., LTD.'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Defendant Aisin Seiki Co., Ltd., by its attorneys, in accordance with Federal Rule of Civil Procedure 7.1, states that it has no parent company, that it is publicly traded on the Tokyo Stock Exchange under the securities code 72590, and that Toyota Motor Corporation owns 23.14% of its stock.

Dated: May 1, 2017

                                                RATNERPRESTIA

                                                */s/ Jeffrey B. Bove*
Jeffrey B. Bove (No. 998)
Rex A. Donnelly (No. 3492)
Christopher H. Blaszkowski (No. 5673)
Nemours Building
1007 Orange Street
Suite 205
Wilmington, DE 19899
Telephone:  (302) 778-2500
Facsimile:  (302) 778-2600
jbove@ratnerprestia.com
radonnelly@ratnerprestia.com
cblaszkowski@ratnerprestia.com

*Of Counsel*:
Eric W. Schweibenz
Robert C. Mattson
John S. Kern
John F. Presper
Alexander B. Englehart
OBLON, McCLELLAND, MAIER & NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, Virginia 22314
Telephone:  (703) 413-3000
Facsimile:  (703) 413-2220

*Attorneys for Defendants Aisin Seiki Co., Ltd., Aisin Holdings of America, Inc., Aisin Technical Center of America, Inc., and Aisin World Corp. of America*