**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AISIN SEIKI CO., LTD.,<br>AISIN HOLDINGS OF AMERICA,<br>　INC.,<br>AISIN TECHNICAL CENTER OF<br>　AMERICA, INC., AND<br>AISIN WORLD CORPORATION OF<br>　AMERICA,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00295-LPS-CJB |

**DEFENDANT AISIN TECHNICAL CENTER OF AMERICA, INC.'S
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

　　　Defendant Aisin Technical Center of America, Inc., by its attorneys, in accordance with Federal Rule of Civil Procedure 7.1, states that it is a wholly owned subsidiary of parent company Aisin Seiki Co., Ltd, which owns 100% of Aisin Technical Center of America, Inc.'s capital stock.

1

Dated: May 1, 2017

RATNERPRESTIA

_/s/ Jeffrey B. Bove_
Jeffrey B. Bove (No. 998)
Rex A. Donnelly (No. 3492)
Christopher H. Blaszkowski (No. 5673)
Nemours Building
1007 Orange Street
Suite 205
Wilmington, DE 19899
Telephone:  (302) 778-2500
Facsimile:  (302) 778-2600
jbove@ratnerprestia.com
radonnelly@ratnerprestia.com
cblaszkowski@ratnerprestia.com

_Of Counsel_:
Eric W. Schweibenz
Robert C. Mattson
John S. Kern
John F. Presper
Alexander B. Englehart
OBLON, McCLELLAND, MAIER &
NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, Virginia 22314
Telephone:  (703) 413-3000
Facsimile:  (703) 413-2220

_Attorneys for Defendants Aisin Seiki
Co., Ltd., Aisin Holdings of America,
Inc., Aisin Technical Center of
America, Inc., and Aisin World
Corp. of America_