**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AISIN SEIKI CO., LTD.,<br>AISIN HOLDINGS OF AMERICA, INC.,<br>AISIN TECHNICAL CENTER OF AMERICA, INC., AND<br>AISIN WORLD CORPORATION OF AMERICA,<br><br>    Defendants. | Case No. 1:17-cv-00295-LPS-CJB |

**DEFENDANT AISIN WORLD CORP. OF AMERICA'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendant Aisin World Corp. of America, by its attorneys, in accordance with Federal Rule of Civil Procedure 7.1, states that it is a subsidiary of Aisin Holdings of America, Inc., which owns 100% of Aisin World Corp. of America's capital stock.

1

Dated: May 1, 2017

                 RATNERPRESTIA

                 /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (No. 998)
Rex A. Donnelly (No. 3492)
Christopher H. Blaszkowski (No. 5673)
Nemours Building
1007 Orange Street
Suite 205
Wilmington, DE 19899
Telephone: (302) 778-2500
Facsimile: (302) 778-2600
jbove@ratnerprestia.com
radonnelly@ratnerprestia.com
cblaszkowski@ratnerprestia.com

*Of Counsel*:
Eric W. Schweibenz
Robert C. Mattson
John S. Kern
John F. Presper
Alexander B. Englehart
OBLON, McCLELLAND, MAIER &
NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Facsimile: (703) 413-2220

*Attorneys for Defendants Aisin Seiki Co., Ltd., Aisin Holdings of America, Inc., Aisin Technical Center of America, Inc., and Aisin World Corp. of America*