# **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, I electronically filed the foregoing **DEFENDANT AISIN WORLD CORP. OF AMERICA'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** with the Clerk of the Court suing the ECF system, which will send notification of such filing to all registered participants, and have served the following counsel of record via electronic mail:

| | |
|---|---|
| Brain Farnan<br>Michael J. Farnan<br>Rosemary Jean Piergiovanni<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone:  (302) 777-0300<br>Facsimile:  (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>rpiergiovanni@farnanlaw.com | Brad M. Scheller<br>MINTZ LEVIN COHN FERRIS<br>GLOVSKY AND POPEO PC<br>Chrysler Center<br>666 Third Avenue<br>New York, NY 10017<br>bmscheller@mintz.com |
| James M. Wodarski<br>Michael T. Renaud<br>Andrew H. DeVoogd<br>Nicholas W. Armington<br>Serge Subach<br>MINTZ LEVIN COHN FERRIS<br>GLOVSKY AND POPEO PC<br>One Financial Center<br>Boston, MA 02111<br>jwodarski@mintz.com<br>mtrenaud@mintz.com<br>ahdevoogd@mintz.com<br>nwarmington@mintz.com<br>ssubach@mintz.com<br>*Attorneys for Plaintiff Intellectual Ventures II LLC* | Aarti Shah<br>MINTZ LEVIN COHN FERRIS<br>GLOVSKY AND POPEO PC<br>701 Pennsylvania Avenue NW<br>Suite 900<br>Washington DC 20004<br>ashah@mintz.com<br><br>*Attorneys for Plaintiff Intellectual Ventures II LLC* |

                                                       */s/ Jeffrey B. Bove*
                                                       Jeffrey B. Bove