## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INTELLECTUAL VENTURES II LLC,

        Plaintiff,

v.

AISIN SEIKI CO., LTD.,
AISIN HOLDINGS OF AMERICA,
INC., AISIN TECHNICAL CENTER OF
AMERICA, INC., AND AISIN WORLD
CORP. OF AMERICA,

        Defendants.

Case No. 1:17-CV-00295-LPS-CJB

### [PROPOSED] ORDER

Having considered Defendants' Unopposed Motion to Stay Pending Concurrent ITC Investigation, IT IS HEREBY ORDERED that the Motion is GRANTED.

SO ORDERED this _____ day of _____, 2017.

_____
                                      J.