UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>      Plaintiff,<br><br>v.<br><br>AISIN SEIKO CO., LTD.,<br>AISIN HOLDING OFAMERICA, INC.,<br>AISIN TECHNICAL CENTER OF<br>AMERICA, INC., AND<br>AISIN WORLD CORPORATION OF<br>AMERICA,<br><br>      Defendants. | Case No. 17-cv-295-LPS-CJB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action without prejudice. Defendants have not yet answered the Complaint, nor filed a motion for summary judgment. Each party will bear its own costs.

Dated: October 13, 2017

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Phone: 302-777-0300
Fax: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*